**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**JERRY EDWARD AARON MAKIN,**

***Plaintiff*,**

**v.** **Case No. SA-26-CV-01109-JKP**

**THE TITLES OF NOBILITY, FREI-HERR VON WILDENAU, HERR VON WILDENAU,**

***Defendants*.**

**ORDER DECLINING TO ADOPT REPORT AND RECOMMENDATION**

Before the Court is United States Magistrate Judge Elizabeth S. Chestney's Report and Recommendation, recommending dismissal of this matter for failure to prosecute. *ECF No. 9*. Plaintiff filed an Objection within the applicable period to do so, requesting an extension of time to serve defendants. *ECF No. 12*. Thereafter, Plaintiff filed a Notice of Service, purportedly demonstrating service via publication in Spain and Germany. *ECF No. 15*.

The Court construes Makin's Objection as a request for additional time to serve Defendants and **GRANTS** this request. *ECF No. 12*. The Court therefore **DECLINES** to adopt the Report and Recommendation and, consistent with the previously entered Order of Referral, **RE-REFERS** this matter to United States Magistrate Judge Elizabeth S. Chestney. *See ECF No. 4*.

It is so ORDERED.
SIGNED this 30th day of September, 2026.

JASON PULLIAM
UNITED STATES DISTRICT JUDGE